Daniel E. Post, Esq. (Bar No. 172948)
Allison C. Fries, Esq. (Bar No. 260306)
ANDERSON, ZEIGLER, DISHAROON,
 GALLAGHER & GRAY
50 Old Courthouse Square, 5th Fl. (95404)
P.O. Box 1498
Santa Rosa, CA  95402-1498
Telephone:   707/545-4910
Facsimile:    707/544-0260
Email:          allison.fries@azdgg.com

Attorneys for Plaintiff Linda Williamson

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA WILLIAMSON<br><br>    Plaintiff,<br><br>v.<br><br>BAY AREA CREDIT SERVICE, LLC;<br>ALLIANT LAW GROUP, P.C.;<br>GREGORY J. MILLER, ESQ.;<br>DOES 1-20.<br><br>    Defendants. | Civil Action No. C 09 0583 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.  Following the filing and service of plaintiff's complaint in this action, defendants have not filed or served any responsive pleadings, such that this matter may be dismissed through the filing of this notice.

ANDERSON, ZEIGLER, DISHAROON,
GALLAGHER & GRAY,

Date: April 22, 2009          By _____/s/ Allison C. Fries_____
                                               Allison C. Fries
                                               Attorneys for Linda Williamson

1

NOTICE OF VOLUNTARY DISMISSAL C09-0583PJH

## PROOF OF SERVICE

I am a citizen of the United States and a resident of Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, 5th Floor, Santa Rosa, CA 95404 (P.O. Box 1498, Santa Rosa, CA 95402-1498).

On April 22, 2009, I served ☒ a true copy ☐ the original of the within **NOTICE OF VOLUNTARY DISMISSAL**, as follows:

☒ ***BY MAIL***

☐ ***BY FEDERAL EXPRESS***

By placing said document(s) in a sealed envelope with postage thereon (or Federal Express charges) fully prepaid, for collection and mailing, addressed as follows:

>Gregory J. Miller, Esq.
>Alliant Law Group, P.C.
>2860 Zanker Road, Suite 105
>San Jose, CA 95134

>LegalZoom.Com, Inc.
>7083 Hollywood Blvd, Ste. 180
>Los Angeles, CA 90028
>(Agent for Service of Process)

>Bay Area Credit Service, LLC
>c/o CT Corporation System
>818 W. 7th Street, 2nd FL.
>Los Angeles, CA 90017-3407
>(Agent for Service of Process)

☐ ***BY FACSIMILE TRANSMISSION***

By sending said document(s) by facsimile transmission to the facsimile number set forth herein.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing/Federal Express. It is deposited with the U.S. Postal Service or Federal Express depository on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 22, 2009, at Santa Rosa, California.

_____
Patti Tate